**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-973 DSD/JMM**

| | |
|---|---|
| Jason Volkert,<br><br>Plaintiff,<br>vs.<br><br>NPC Check Services, Inc.,<br>a foreign corporation.<br><br>Defendant. | **NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Jason Volkert, and his attorneys, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 770-9707

**THE BARRY LAW OFFICE, LTD.**
Peter F. Barry
Attorney I.D. #: 0266577
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 714-8800

FILED SEP 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice.

Dated: 9/11/00

Judge
United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.